

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00019-CV

**IN THE INTEREST OF L.M.S.**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI06224
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: March 11, 2020

DISMISSED FOR WANT OF PROSECUTION

The clerk's record was originally due February 10, 2020, but was not filed. On February 12, 2020, the district clerk filed a notification of late record, stating that the clerk's record was not filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant was not entitled to appeal without paying the fee.

On February 13, 2020, we ordered appellant to provide written proof to this court by February 24, 2020 that either: (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) she was entitled to appeal without paying the clerk's fee. We cautioned appellant that if she failed to respond within the time provided, her appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Appellant has not filed a response, and our

clerk's office contacted the Bexar County District Clerk's office and was advised no payment had been received.

Accordingly, this appeal is dismissed for want of prosecution. *See id.* We order that appellee recover his costs of this appeal, if any, from appellant.

PER CURIAM